**SUSIE BUGBEE, et al., v. EDWIN M. SUMNER, et al.**

14 So. (2nd) 720                                           June Term, 1943
July 23, 1943                                                   Division B

*M. Caraballo* and *John G. Graham,* for appellants.

*Kenneth Barnes, Calvin Johnson* and *Mabry, Reaves, Carlton & White,* for appellees.

PER CURIAM:
Affirmed.

BUFORD, C. J., BROWN, THOMAS and SEBRING, JJ., concur.